JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
2008 MAY 09  P 1: 42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00314 HRL |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §14601.1(a) – Driving When Privilege Suspended or Revoked for other Reasons |
| vs. | |
| EFREN JOSEPH MOLINA, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §14601.1 (a) – Driving When Privilege Suspended or Revoked for other Reasons)

On or about 27 February 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

EFREN JOSEPH MOLINA,

did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was suspended and revoked for a reason other than one listed in Section 14601 and 14601.2 of the Vehicle Code, and when he had knowledge of such suspension and revocation. This was in violation of Title 18 United States Code, Section 13 Assimilating California Vehicle Code 14601.1(a), a Class B misdemeanor.

DATED: May 8, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ David R. Callaway*
DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: */s/ Robert N. Michaels*)
CPT Robert N. Michaels
SAUSA

2

INFORMATION
United States of America v. Efren Joseph Molina

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

*Filed MAY 9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

*E-FILING*

*CR-08 00314 HRL*

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**Northern District of California**

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT -- U.S. vs.**
EFREN JOSEPH MOLINA

Address: 2000 Marcross Drive, San Jose, CA 95131

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Female ☐ Alien (if applicable)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST

Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. EFREN JOSEPH MOLINA

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CVC 14601.1(A) – Driving while suspended or revoked for other reasons.

    Penalties:    Mandatory Minimum:
                           $300 fine

                     Maximum Penalties:
                         6 months imprisonment in county jail.
                         $1,000 fine